**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**DAIQUWAN D. REED,**

    **Defendant.**

Case No. 2:22-cr-176
Judge Edmund A. Sargus, Jr.

## OPINION AND ORDER

This matter arises on Defendant's Motion to Revoke and Review Magistrate's Order for Detention. (ECF No. 20). For the reasons expressed at the Court's 10:30 AM April 13, 2023, hearing, Defendant's Motion is **DENIED**.

    **IT IS SO ORDERED.**

**4/13/2023**                         **s/Edmund A. Sargus, Jr.**
**DATED**                             **EDMUND A. SARGUS, JR.**
                                       **UNITED STATES DISTRICT JUDGE**